IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GA Industries, Inc., | ) |
| | ) Civil Action No. 06-36 |
| Plaintiff, | ) |
| | ) |
| v. | ) Hon. Gary L. Lancaster |
| | ) |
| Ross Valve Manufacturing Co., Inc. | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court, having reviewed the foregoing Motion, IT IS ORDERED that the Status Conference is rescheduled for October 11, 2006 at 4:30 p.m..

DATED this _28TH_ day of _SEPTEMBER_, 2006.

_____
United States District Judge