IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GA Industries, Inc., | ) | |
| | ) | Civil Action No. 06-36 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Hon. Gary L. Lancaster |
| | ) | |
| Ross Valve Manufacturing Co., Inc. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

The Court, having reviewed the foregoing Stipulation, IT IS ORDERED that the above-captioned action is dismissed with prejudice and without an award of fees or costs.

DATED this 10th day of Nov., 2006.

United States District Judge

1